Dollarhide—Argued January 21, affirmed January 29, petition for rehearing denied February 24, 1970. Petition for review denied by Supreme Court April 7, 1970

Hanna—Submitted on record and briefs January 23, affirmed January 29, petition for rehearing denied February 24, 1970. Petition for review denied by Supreme Court April 7, 1970

## STATE OF OREGON, *Respondent*, *v.* JAMES MICHAEL DOLLARHIDE, *Appellant.*

464 P. 2d 721

*Gary D. Babcock*, Public Defender, Salem, argued the cause and filed the brief for appellant.

*G. Dwyer Wilson*, Deputy District Attorney, Hillsboro, argued the cause for respondent. With him on the brief was Ray D. Robinett, District Attorney, Hillsboro.